Marie A. Baker, appellee, v. Edward Baker, appellant. Gen. No. 7,346.

Bill for divorce. Decree for complainant for alimony. Appeal

from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded with directions. Opinion filed July 26, 1924. Rehearing denied October 15, 1924.

Arthur H. Shay, for appellant. Boys, Osborn & Griggs, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.